■ SCOTT GEBO, Appellant, v BLACK CLAWSON COMPANY et al., Respondents. BLACK CLAWSON COMPANY et al., Third-Party Plaintiffs, v KNOWLTON SPECIALTY PAPERS, INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [668 NYS2d 110] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan and Boehm, JJ.